[No. 24324-1-I. Division One. December 27, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL H. WOLFE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-00988-5, James J. Dore, J., entered June 5, 1989. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Webster and Baker, JJ.

[No. 25443-0-I. Division One. December 27, 1990.]

THE ESTATE OF PAUL R. HART, *Appellant,* v. ALDERWOOD WATER DISTRICT, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-2-05960-6, Daniel T. Kershner, J., entered December 15, 1989. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Scholfield and Forrest, JJ.

[No. 24539-2-I. Division One. December 27, 1990.]

CHARLENE WAGNON, *Appellant,* v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-12580-9, Janice Niemi, J. Pro Tem., entered June 26, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Winsor and Forrest, JJ.

[No. 25314-0-I. Division One. December 27, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN ROBERT BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 90-1-00442-1, Byron L. Swedberg, J., entered November 21, 1989. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Pekelis and Winsor, JJ.